IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00030-MR

| | |
|---|---|
| BRANDON PICKENS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEVEN HENDRICKS; QUENTIN MILLER, )<br>*in his official capacity as Buncombe County* )<br>*Sheriff*; WESTERN SURETY COMPANY; )<br>J.D. LAMBERT, *individually and officially*; )<br>JEFF MAY, *individually and officially*; )<br>KATHERINE LEWIS, *individually and* )<br>*officially*, )<br>)<br>Defendants. )<br>_____ ) | ORDER |

This matter is before the undersigned following the order of the presiding District Judge referring this matter for a Judicial Settlement Conference. Doc. 272.

A judicial settlement conference will be held on **Thursday, November 21, 2024 from 9:30 a.m. to 11:30 a.m**.

The conference will be conducted by telephone. Call-in information will be provided to the parties by separate communication.

Defendants and their counsel may participate in the conference from any location they deem appropriate, provided that they participate using a single conference line. Further, in accordance with this district's Local Civil Rule

16.3(d)(2), a person with full authority (not including counsel of record) to settle all pending claims must participate in the conference on behalf of Defendants, to the extent Defendants themselves do not have such authority. Any such person shall also participate using the same conference line as Defendants and their counsel.

Any request seeking permission to modify the terms of this order shall be filed no later than **Thursday, November 7, 2024** or be subject to summary denial.

In addition, in light of information appearing in the court file, including previous statements by Plaintiff to the Court and opposing counsel, e.g., Docs. 117, 123, 146, 191, 236, the undersigned finds it appropriate to advise Plaintiff that at all times during the conference he will be expected to communicate with the Court and all other participants in a respectful and courteous manner. Any behavior to the contrary may result in the termination of the settlement conference and/or the imposition of contempt penalties or other sanctions as may be appropriate.

It is so ordered.

Signed: October 16, 2024

W. Carleton Metcalf
United States Magistrate Judge