IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00030-MR

| | |
|---|---|
| BRANDON PICKENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| STEVEN HENDRICKS, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte* on the upcoming trial in this matter.

The Court recently set the trial in this matter for the March 10, 2025 trial term. [12/2/2024 Notice of Hearing]. While this is the beginning of the trial term for the Court, the trial in this matter, starting with jury selection, will be called during the last week of that term, that being the **week of March 31, 2025**, as reflected in the Supplemental Pretrial Order entered contemporaneously herewith, in Courtroom 1 of the United States Courthouse, 100 Otis Street, Asheville, North Carolina 28801. The Court will instruct the Clerk to modify the Notice of Hearing accordingly.

The pretrial conference in this matter will be conducted on **March 31, 2025**, **at 2:00 p.m.** at the same location.

## **ORDER**

**IT IS, THEREFORE, ORDERED** that the final pretrial conference in this matter will be conducted on **March 31, 2025, at 2:00 p.m.**, and the trial in this matter is set during that week.

The Clerk is respectfully instructed to update the docket accordingly.

**IT IS SO ORDERED**.

Signed: December 11, 2024

Martin Reidinger
Chief United States District Judge